UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**DAVRON HENRY**                                                              **CIVIL ACTION**

**VERSUS**                                                                           **NO: 11-151**

**MICHAEL J. ASTRUE, COMMISSIONER,**                  **SECTION: "J"(1)**
**SOCIAL SECURITY ADMINISTRATION**

## O R D E R

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of the plaintiff to file an objection to the Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as the Court's opinion. Accordingly,

**IT IS ORDERED** that the claim of the plaintiff, Davron Henry, be **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 24th day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE